UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NINA SHELL,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK,
JOHN DOE AND "JANE DOE" 1 – 6,
inclusive, the names of the last defendants being fictitious, the
true names of the defendants being unknown to the plaintiff,

                                      Defendant.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-0639 (RJD) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

O'keke & Associates, PC
*Attorneys for Plaintiff*
801 Franklin Avenue
Brooklyn, NY 11238
718-855-9595

By: _____
Patrick O'keke
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, Rm. 3-197
New York, New York 10007

By: _____
Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
       _____, 2014

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE